UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION
CASE NO: 1-06-cv-292-SS

PAULETTE HELBERG,

    Plaintiff,

v.

LCA COLLECTIONS, a division of
LABORATORY CORPORATION
OF AMERICA,

    Defendant.
_____/

### DEFENDANT, LABORATORY CORPORATION OF AMERICA'S
### RESPONSE TO PLAINTIFF'S MOTION TO DISMISS

Defendant, Laboratory Corporation of America ("LabCorp"), by and through undersigned counsel, hereby responds to the Plaintiff's Motion to Dismiss Plaintiff's Complaint. Specifically, LabCorp asserts it has no objections to Plaintiff's Motion to Dismiss her Complaint pursuant to Federal Rule of Civil Procedure 41(a)(2). Accordingly, LabCorp respectfully requests that this Court grant Plaintiff's Motion to Dismiss the Complaint.

Dated: August 7, 2006

                                                  Respectfully submitted,

                                                Michelle Acala
                                                Texas Bar No. 24040403
                                                malcala@gdhm.com
                                                Graves, Dougherty, Hearon & Moody
                                                401 Congress Ave., Suite 2200
                                                Austin, Texas 78701
                                                Tel.: (512) 480-5600
                                                Robert Hearn
                                                Florida Bar No. 0067687
                                                rhearn@zuckerman.com
                                                ZUCKERMAN SPAEDER LLP
                                                101 East Kennedy Blvd., Suite 1200

Tampa, Florida 33602
Tel.: (813) 221-1010
Fax: (813) 223-7961

Attorneys for Defendant/ Laboratory Corporation of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing Defendant Laboratory Corporation of America's Motion to Dismiss and Incorporated Memorandum of Law was electronically filed and that a true and correct copy of the foregoing was served upon Joe K. Crews, Esq., Building 3, Suite 200, 4601 Spicewood Springs Road, Austin, Texas 78759, this 7th day of August 2006 via First Class U.S. mail, postage prepaid.

_____
Attorney